# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| CHRISTOPHER ORMON SMITH,<br>                    Appellant,<br>                    vs.<br>THE STATE OF NEVADA,<br>                    Respondent. | No. 70524 |

**FILED**

MAY 11 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

On February 1, 2017, this court entered an order granting appellant's motion for limited remand to enable the district court to vacate its order so that counsel for appellant can file a supplemental petition. The district court has transmitted its order vacating the prior order denying the petition. We therefore conclude that there is no appealable order, and this court lacks jurisdiction. We

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Valerie Adair, District Judge
Oronoz, Ericsson & Gaffney, LLC
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk